06/27/25

To Cheif Magistraight judge C.J williams.

I Know you have a big caseload & are super busy. I would also ~~wo~~like to say thank you for taking the time to read this.

Im writing you today because I would like to file a motion for a mistrial, Ive read on the leagel computer that I have 14 days from the jury verdict to ~~do~~ so.

I believe that I am entitled to a mistrial because of the following reason.

• During jury selection on june 23rd of 2025 a ~~jer~~ juror with the last name peterson from bellvue Iowa Said in front of the jury pool when asked if he heard of Cody Dittmar, that he ~~heard~~ heard cody Dittmar mentioned around the bellvue/Dubuque area drug dealer, amongst other things.

I believe that by mr. petersen being ~~allowed~~ allowed to say that in front of the entire jury pool & by having judge ~~Roberts~~ Roberts not strike it from the record & by not instructing the jury to to set that comment to the side & not let it be used in their determination of my trial, I believe that it allowed the entire jury pool to have pre judice & pre-judgment & biased against me befor they ever heard my case [illegible]

mr. peterson pre-established me as a drug dealer to the jury pool, by which caused a irreversable error - one that was not corrected by Judge Roberts.

I have asked my attorney mike Lahammer to file a motion for a mistrial - due to the same reason's I have addressed to you in this letter, but I also Know & as you yourself said that mike Lahammer will be extremly busy on other case loads.

I pray that you can look this over & understand why I believe a mistrial should be granted in the light of justice.

Thank you for your time your honor,

Sincerly

Cody Dittmar

Cody Dittmar
Linn County Correctional Center
PO Box 591
Longview, TX 75606

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 52404 $ 000.69⁰
02 7W
0008033209 JUN 30 2025

Cheif Judge - C.J Williams
Federal courthouse
111 7th Ave S.E
Cedar Rapids, IA 52401

XRAYED US MARSHALS SERVICE

Legal mail