RECEIVED
AUG 14 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

My Name is Cody Dittmar, my Federal Inmate # is 16812-029.

I would like to Request a copy of my updated Docket Sheet, judgement & committal, & Statements of Reasons for The case & Docket # 1:25-cr-0001-CJW-1.

I would appreciate anything you could do for me. Thank you for your time,

Respectfully,
Cody K. Dittmar

Cody Dittmar #16812-029
U.S.P McCreary
P.O Box 3000
Pine Knot, Ky 42635

Cody Dittmar #16812-029
U.S.P McCreary
P.O Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377
11 AUG 2026 AM 2 L

Freedom 250



8.11.26
EB

Clerk of Court
111 7th Ave S.E
Cedar Rapids, IA 52401

XRAYED US MARSHALS SERVICE

52401-210312